UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:11-cv-357

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida Non-Profit Corporation, and DENISE PAYNE, Individually<br><br>Plaintiffs,<br><br>v.<br><br>NCP WESTERN BOULEVARD, LLC, A South Carolina Limited Liability Company, d/b/a Western Square Shopping Center,<br><br>Defendant. | **ORDER** |

This matter having been brought before the Court by way of motion by Defendant NCP Western Boulevard, LLC d/b/a Western Square Shopping Center (hereinafter "Defendant"), for entry of an order to stay the deadlines set forth in the Initial Order Regarding Planning and Scheduling [Dkt. 10], pending disposition of Defendant's Motion To Dismiss, [Dkt. 12], and the Court having reviewed and considered the parties' respective positions; and good cause having been shown;

It is, therefore, ORDERED that the deadlines set forth in the Initial Order Regarding Planning and Scheduling be and are hereby stayed pending disposition of Defendant's Motion to Dismiss.

This the 28th day of October, 2011.

LOUISE W. FLANAGAN
Chief U.S. District Judge